UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Index No.: 07 CIV 5928 (DLC)
CARLOS AUGUSTO LOPES,

                      Plaintiff,                    **Certificate of Service**

    -against-

MELLON INVESTOR SERVICES LLC, JP MORGAN
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE
AND JANE ROE,

                      Defendants.
------------------------------------------------------------------------X

GERALD E. ROSS, an attorney admitted to the practice in the courts of New York State and in this Court, hereby affirms as true under all the penalties of perjury as follows:

I am over 18 years of age and am not a party to the within action.

I served the attached paper on counsel for all known defendants at the addresses, designated by each of them for that purpose, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service in the City of New York.:

Jenny C. Liu, Esq.
Mellon Investor Services LLC
480 Washington Boulevard
Jersey City, NJ 07310

Sheila E. Carson, Esq.
JP Morgan Chase Bank, N.A.
Legal Department
One Chase Manhattan Plaza, 26th floor
New York, NY 10005

John P. Foudy, Esq.
Rosner, Nocera & Ragone LLP
Attorneys for Wachovia Bank, N.A.
110 Wall Street, 23rd Floor
New York, New York 10005-3801

Date of Service: September 17, 2007

*Gerald E. Ross*
Gerald E. Ross (GR0534)
FRYER & ROSS LLP
*Attorneys for Plaintiff*
551 Fifth Avenue, Suite 1922
New York, New York 10176
(212) 286-0099September 17, 2007