J.P. MORGAN CHASE & CO.

DATE 07/01/2006 PAY EXACTLY ****36,563 DOLLARS AND 43 CENTS

SALE OF SHARES OF
J.P. MORGAN CHASE & CO.
CHASE MANHATTAN BANK, SYRACUSE
PAYABLE AT
THE CHASE MANHATTAN BANK, NEW YORK

CARLOS ALONSO
R VISCONDE DE PIRAJA 430 BOX 7
RIO DE JANEIRO IPANEMA
BRAZIL CEP 22410-020

CHECK NO 0104

000103

FEB-27-2007 11:20 PM UQBAR EDUC INF FINANCEIR 21 25127947 25292925 P.09

Received Apr-06-07 01:50pm     From-     To-FRYER & ROSS     Page 05

02-27-2007 11:21 PM   UQBAR EDUC IHF FIHANCEIR   21 25127947 25292925   P.10

000104



Received Feb-27-07 08:31pm    From-21 25127947 25282925    To-FRYER & ROSS    Page 10

Apr-06-2007 02:54pm    From-    T-953   P.005/006   F-171