UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X Index No.: 07 CIV 5928 (DLC)

CARLOS AUGUSTO LOPES,

                              Plaintiff,                    **STIPULATION**

-against-

MELLON INVESTOR SERVICES LLC, JP MORGAN
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE
AND JANE ROE,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

                             Defendants.
---------------------------------------------------------------------X

      IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned attorneys for plaintiff Carlos Augusto Lopes, and defendant Wachovia Bank, N.A., ("Wachovia"), also sued herein as Wachovia Corporation and Wachovia /First Union Bank (collectively referenced as "Wachovia" as follows:

      1. The time within which Wachovia must answer, move, or otherwise respond to the Summons and Complaint be and hereby is extended up to and including September 25, 2007.

      2. Facsimile signatures on this Stipulation shall be effective as if they were original signatures.

Dated: New York, New York                    Dated: New York, New York
         September 10, 2007                           September 10, 2007

ROSNER NOCERA & RAGONE, LLP           FRYER & ROSS LLP

By:  \S\ John P. Foudy                          By: *Gerald E. Ross*
     John A. Nocera (JN-3399)                     Gerald E. Ross (GR-0534)
     John P. Foudy (JF-7322)                      Attorneys for Plaintiff
Attorneys for Wachovia                            551 Fifth Avenue, Suite 1922
110 Wall Street, 23rd Floor                     New York, NY 10176
New York, New York 10005                   (212) 328-6114
(212) 635-2244

So Ordered: _____*/s/ Denise Cote*_____

                    Sept. 14, 2007