UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X     Case No.: 07 Civ. 5928
                                                                              (DLC)
CARLOS AUGUSTO LOPES,

                              Plaintiff,

    -against-

MELLON INVESTOR SERVICES LLC, JP MORGAN
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE
AND JANE ROE,

                              Defendants.
------------------------------------------------------------------------X

**CERTIFICATION OF SERVICE**

     JOHN P. FOUDY, hereby certifies under penalty of perjury that a true and correct copy of the within Notice of Motion, Affidavits In Support, Annexed Exhibits And Memorandum Of Law In Support were served upon the following persons by first class mail on September 25, 2007 who are, to my knowledge the only parties entitled to service:

| | |
|---|---|
| Fryer & Ross LLP | Jenny C. Liu, Esq. |
| Attorneys for Plaintiff | Mellon Investor Services LLC |
| 551 Fifth Avenue, Suite 1922 | 480 Washington Boulevard |
| New York, New York 10176 | Jersey City, NJ 07310 |

Sheila E. Carson, Esq.
JP Morgan Chase Bank, N.A.
Legal Department
One Chase Manhattan Plaza, 26th Floor
New York, NY 10005

Dated:    New York, New York
            September 25, 2007                  ROSNER NOCERA & RAGONE, LLP

                                                                   By\S\ John P. Foudy_____
                                                                       John P. Foudy (JF-7322)
                                                              Attorneys for Wachovia Bank, NA
                                                              110 Wall Street, 23rd Floor
                                                              New York, New York 10005
                                                               (212) 635-2244