ROSNER NOCERA & RAGONE, LLP
John A. Nocera (JN-3399)
John P. Foudy (JF-7322)
110 Wall Street, 23rd Floor
New York, New York 10005
Attorneys for Defendant

----------------------------------------------------------------X
CARLOS AUGUSTO LOPES,

                    Plaintiff,

   -against-

MELLON INVESTOR SERVICES LLC, JP MORGAN
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE
AND JANE ROE,

                  Defendants.
----------------------------------------------------------------X

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT
OF NEW YORK

Case No.: 07 CV 5928

Rule 7.1 Statement

     Pursuant to Federal Rule of Civil Procedures 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Wachovia Bank, N.A., ("Wachovia"), also incorrectly sued herein as Wachovia Corporation and Wachovia /First Union Bank (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                  Wachovia Corporation

Dated: New York, New York
       September 25, 2007

                  ROSNER NOCERA & RAGONE, LLP

                  By  \S\ John A. Nocera_____
                      John A. Nocera (JN-3399)
                      John P. Foudy (JF-7322)

Attorneys for Wachovia
110 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244
JNocera@RNRLawGroup.com