UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CARLOS AUGUSTO LOPES,

                      Plaintiff,

              v.

MELLON INVESTOR SERVICES LLC, JP MORGAN CHASE & CO., WACHOVIA CORPORATION, WACHOVIA BANK, N.A., WACHOVIA/FIRST UNION BANK, HELENA BUSHROE, JOHN DOE AND JANE ROE,

                      Defendants.

07 Civ. 5928

**Rule 7.1 Statement**

------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mellon Investor Services, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    The Bank of New York Mellon Corporation

Dated: September 25, 2007

Respectfully submitted,

HODGSON RUSS LLP

/s/ Mark A. Harmon
Mark A. Harmon (9126)
1540 Broadway, 24th Floor
New York, NY 10036

-2-

        Telephone: (212) 751-4300
        Facsimile: (212) 751-0928
        E-mail: mharmon@hodgsonruss.com
        *Attorneys for Defendant*
        *Mellon Investor Services LLC*