UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    X

CARLOS AUGUSTO LOPES,                                      :

                                Plaintiff,                :        07 CIV 5928 (DLC)

            - against -                                    :

MELLON INVESTOR SERVICES LLC, JP                          :        RULE 7.1 STATEMENT
MORGAN CHASE & CO., WACHOVIA
CORPORATION, WACHOVIA BANK, N.A.,                         :
WACHOVIA/FIRST UNION BANK, HELENA
BUSHROE, JOHN DOE AND JANE ROE,                           :

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges

and magistrate judges of the court to evaluate possible disqualification or recusal, the

undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A., named herein as

JPMorgan Chase & Co., certify that the following reflects any publicly held corporate parents,

and listing of any publicly held company that owns 10% or more of the party's stock:

JPMorgan Chase & Co.

Dated: September 26, 2007

By: _Sheila E. Carson_
        Sheila E. Carson (SC 2820)
Attorneys for Defendant
**JPMorgan Chase Legal Department**
1 Chase Manhattan Plaza, 26th Floor
New York, New York 10005
(212) 552-0950

150726:v1