UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CARLOS AUGUSTO LOPES,
                     Plaintiff,

               -v-                            07 Civ. 5928 (DLC)

MELLON INVESTOR SERVICES LLC, JPMORGAN      ORDER
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE
AND JANE ROE,
                     Defendants.
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

DENISE COTE, District Judge:

    On September 25, 2007, defendant Wachovia Bank, N.A. ("Wachovia"), also sued under the names Wachovia Corporation and Wachovia/First Union Bank, filed a motion to dismiss the plaintiff's complaint.  It is hereby

    ORDERED that the plaintiff's opposition to the motion to dismiss is due no later than October 12.  Wachovia's reply is due no later than October 19.

    IT IS FURTHER ORDERED that, at the time its reply is served, Wachovia shall provide Chambers with two courtesy copies of all motion papers.

    SO ORDERED:

Dated:    New York, New York
          September 28, 2007

                                          _____
                                          DENISE COTE
                               United States District Judge