*Cote, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    Index No.: 07 CIV 5928 (DLC)
CARLOS AUGUSTO LOPES,

                               Plaintiff,    **Stipulation**

   -against-

MELLON INVESTOR SERVICES LLC, JP MORGAN
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE
AND JANE ROE,

                              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

The undersigned attorneys for plaintiff and defendant Wachovia Corporation hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The complaint is dismissed with respect to defendants Wachovia Corporation and Wachovia/First Union Bank.

2. The return date of the motion of Wachovia Bank, N.A. to dismiss the complaint is hereby adjourned from October 19, 2007 to November 2, 2007 and the date for plaintiff to submit its opposition to the motion, if any, is adjourned from October 12, 2007 to October 26, 2007.

3. This is the first request for an adjournment of this motion.

Dated: October 16, 2007

*Gerald E. Ross*

Gerald E. Ross (GR0534)
FRYER & ROSS LLP
*Attorneys for Plaintiff*
551 Fifth Avenue, Suite 1922
New York, New York 10176
(212) 286-0099

*John P. Foudy*

John A. Nocera (JN3399)
John P. Foudy (JF7322
Rosner Nocera & Ragone LLP
*Att'ys for Def't Wachovia Bank, N.A.*
110 Wall Street, 23rd floor
New York, New York 10005
(212) 635-2244

So Ordered:

_____ Date: October 17, 2007
Denise L. Cote, U.S.D.J.

Copy to:

Sheila E. Carson, Esq.
JPMorgan Chase Bank, N.A.
Legal Department
One Chase Manhattan Plaza, 26th floor
New York, New York 10005

Mark A. Harmon, Esq. (MH9126)
Hodgson Russ LLP
Attorneys for Defendant Mellon Investor Services LLC
1540 Broadway, 24th floor
New York, New York 10036
(212)751-4300