UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS AUGUSTO LOPES                          :
                                              :
                       Plaintiff,             :   07 CV 5928
                                              :
       - against -                            :
                                              :   DISCLOSURES PURSUANT
MELLON INVESTOR SERVICES LLC,                 :   TO RULE 26(A) OF THE
JP MORGAN CHASE & CO.,                        :   FEDERAL RULES OF
WACHOVIA CORPORATION, WACHOVIA                :   <u>CIVIL PROCEDURE</u>
BANK, N.A., WACHOVIA/FIRST UNION              :
BANK, HELENA BUSHROE,                         :
JOHN DOE AND JANE DOE                         :
                                              :
                       Defendants.            :
------------------------------------------------------------X

JPMorgan Chase & Co. (hereafter "Defendant" or "JPMC"), by its attorneys, the JPMorgan Chase Legal Department, respectfully submit its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) as follows:

A.    The names and, if known and presently available, the address and telephone numbers for individuals likely to have discoverable information relevant to the facts alleged in Plaintiff's Complaint are: Plaintiff, Carlos Augusto Lopes, Helena Bushroe, Employees of Mellon Investor Services LLC.

B.    Documents, data compilations, and tangible things that are relevant to disputed facts alleged with particularity in the pleadings include:

   1.   Employee records of Plaintiff; and

   2.   Files maintained or obtained by JPMC's Human Resources Department concerning Plaintiff.

Copies of the documents referred to above will be provided to Plaintiff upon Defendant's receipt of a Stipulation and Order of Confidentiality which has been executed by Plaintiff and his attorneys and "So Ordered" by the Court.

C. The provisions of Federal Rule of Civil Procedure 26(a)(1)(C) are not applicable at this time because Defendant currently is not seeking damages from Plaintiff.

D. Defendant is investigating what, if any, insurance agreements may apply to Plaintiff's claims and will supplement their response as appropriate.

Dated: New York, New York
October 12, 2007

JPMORGAN CHASE BANK, N.A. LEGAL DEPARTMENT

By: *Sheila E. Carson*
SHEILA E. CARSON (SC 2820)
Attorneys for Defendant,
JP Morgan Chase & Co.
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-0950

To: Gerald Ross, Esq.
Fryer & Ross LLP
551 Fifth Avenue, Suite 1922
New York, New York 10176
*Attorneys for Plaintiff*

John A. Nocera
John P. Foudy
Rosner Nocera & Ragone, LLP
110 Wall Street
New York, New York 10005
*Attorneys for Wachovia Bank, N.A.*

Mark Alan Harmon, Esq.
Hodgson Russ, LLP
60 East 42nd Street
New York, NY 10165
*Attorneys for Mellon Investor Services LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

CARLOS AUGUSTO LOPES,                           :

                Plaintiff,                 :         07 CIV 5928 (DLC)

    - against -                                    :

MELLON INVESTOR SERVICES LLC, JP         :     AFFIDAVIT OF SERVICE
MORGAN CHASE & CO., WACHOVIA
CORPORATION, WACHOVIA BANK, N.A.,        :
WACHOVIA/FIRST UNION BANK, HELENA
BUSHROE, JOHN DOE AND JANE ROE,          :

                Defendants.
------------------------------------ X

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK   )

    _STUART RADESH_____, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, N.A.

That on the 17th day of October, 2007 deponent served the within:

**DISCLOSURE PRUSUANT TO RULE 26 (A) OF
THE FEDERAL RULE OF CIVIL
PROCEDURES**

upon the name(s) listed below by depositing a true copy of the same securely enclosed in a first class, postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service.

**UPON:**
    Gerald E. Ross, Esq.
    Fryer & Ross LLP
    551 Fifth Avenue, Suite 1922
    New York, New York 10176
    Attorneys for Plaintiff

160623:v1

Mark A. Harmon, Esq.
Hodgson & Russ LLP
1540 Broadway, 24th Floor
New York, NY 10036
Attorneys for Mellon Investor Services LLC

John A. Nocera, Esq.
Rosner Nocera & Ragone LLP
110 Wall Street, 23rd Floor
New York, New York 10005
Attorneys for Wachovia

Sworn to before me
this 17th day of October, 2007

_____
Notary Public

MARLENE M. THOMPSON
Notary Public, State of New York
No. 01TH6161011
Qualified in Kings County
Certificate filed in New York County
Commission Expires February 12, 2011

160623:v1