UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X

CARLOS AUGUSTO LOPES,

                Plaintiff,

    -v-

MELLON INVESTOR SERVICES LLC, JP MORGAN
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE, and
JANE DOE

                Defendants.

------------------------------------------------------------- -X

07 CIV. 5928 (DLC) (HBP)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute*

_____

___   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

X   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
              October 19, 2007

                                          DENISE COTE
                                      United States District Judge