
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X Index No.: 07 CIV 5928 (DLC)
CARLOS AUGUSTO LOPES,

                                        Plaintiff,          **STIPULATION**

-against-

MELLON INVESTOR SERVICES LLC, JP MORGAN
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE
AND JANE ROE,
                                        Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/25/07

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned attorneys for defendant Mellon Investor Services LLC ("Mellon"), and defendant Wachovia Bank, N.A., ("Wachovia"), also sued herein as Wachovia Corporation and Wachovia /First Union Bank (collectively referenced as "Wachovia" as follows:

1. The time within which Wachovia must answer, move, or otherwise respond to the cross-claim of defendant Mellon be and hereby is extended up to and including November 9, 2007.

2. Facsimile signatures on this Stipulation shall be effective as if they were original signatures.

Dated: New York, New York
        October 16, 2007

ROSNER NOCERA & RAGONE, LLP

By_____
    John A. Nocera (JN-3399)
    John P. Foudy (JF-7322)
Attorneys for Wachovia
110 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244

Dated: New York, New York
        October 16, 2007

HODGSON RUSS LLP

By: _____
    Mark A. Harmon (MH-9126)
Attorneys for Mellon
1540 Broadway, 24th Floor
New York, NY 10036
(212) 751-4300

So Ordered: _____
            October 25, 2007