UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X    Case No.: 07 Civ. 5928
                                                                                                   (DLC)
CARLOS AUGUSTO LOPES,

                               Plaintiff,

    -against-

MELLON INVESTOR SERVICES LLC, JP MORGAN
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE
AND JANE ROE,

                               Defendants.
------------------------------------------------------------------------X

**CERTIFICATION OF SERVICE**

      JOHN P. FOUDY, hereby certifies under penalty of perjury that a true and correct copy of the within Reply Memorandum Of Law In Support were served upon the following persons by first class mail on September 25, 2007 who are, to my knowledge the only parties entitled to service:

| | |
|---|---|
| Fryer & Ross LLP<br>Attorneys for Plaintiff<br>551 Fifth Avenue, Suite 1922<br>New York, New York 10176 | Jenny C. Liu, Esq.<br>Mellon Investor Services LLC<br>480 Washington Boulevard<br>Jersey City, NJ 07310 |
| Sheila E. Carson, Esq.<br>JP Morgan Chase Bank, N.A.<br>Legal Department<br>One Chase Manhattan Plaza, 26th Floor<br>New York, NY 10005 | |

Dated:    New York, New York
               November 2, 2007                      ROSNER NOCERA & RAGONE, LLP

                                                                           By\S\ John P. Foudy_____
                                                                              John P. Foudy (JF-7322)
                                                                   Attorneys for Wachovia Bank, NA
                                                                   110 Wall Street, 23rd Floor
                                                                   New York, New York 10005
                                                                   (212) 635-2244