UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No.: 07 Civ. 5928
                                                                            (DLC)
CARLOS AUGUSTO LOPES,

                Plaintiff,

  -against-

MELLON INVESTOR SERVICES LLC, JP MORGAN
CHASE & CO., WACHOVIA CORPORATION,
WACHOVIA BANK, N.A., WACHOVIA/FIRST
UNION BANK, HELENA BUSHROE, JOHN DOE
AND JANE ROE,

                Defendants.
------------------------------------------------------------------------X

**CERTIFICATION OF SERVICE**

      JOHN P. FOUDY, hereby certifies under penalty of perjury that a true and correct copy of the within Answer was electronically filed with the court through the CM/ECF System and service by electronic means pursuant to Local Civil Rule 5.2 was made upon the following persons on November 9, 2007, who are, to my knowledge the only parties entitled to service:

Hodgson Russ LLP
Attorneys for Mellon
1540 Broadway, 24th Floor
New York, NY 10036

Fryer & Ross LLP
Attorneys for Plaintiff
551 Fifth Avenue, Suite 1922
New York, New York 10176

Sheila E. Carson, Esq.
JP Morgan Chase Bank, N.A.
Legal Department
One Chase Manhattan Plaza, 26th Floor
New York, NY 10005

Dated: New York, New York
      November 9, 2007               ROSNER NOCERA & RAGONE, LLP

                                                    By\S\ John P. Foudy_____
                                                      John P. Foudy (JF-7322)
                                               Attorneys for Wachovia Bank, NA

110 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244