UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
CARLOS AUGUSTO LOPES,                    :
                                         :   07 CIV. 5928 (DLC)
                    Plaintiff,           :
                                         :   PRETRIAL
          -v-                            :   SCHEDULING ORDER
                                         :
MELLON INVESTOR SERVICES LLC, JP MORGAN  :
CHASE & CO., WACHOVIA CORPORATION,       :
WACHOVIA BA.NK, N.A., WACHOVIA/FIRST     :
UNION BANK, HELENA BUSHROE, JOHN DOE,    :
and JANE DOE                             :
                    Defendants.          :
                                         :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4-18-08
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the final pretrial conference is scheduled for **May 7, 2008** at **9:30 a.m.** in Courtroom 11B, 500 Pearl Street.

   IT IS FURTHER ORDERED that the trial will begin at **9:30 a.m.** on **May 12, 2008**

Dated: New York, New York
       April 17, 2008

                                   _____
                                   DENISE COTE
                                   United States District Judge