UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CARLOS AUGUSTO LOPES,                   :
                            Plaintiff,  :
                                        :
            -v-                         :
                                        :
MELLON INVESTOR SERVICES LLC, JPMORGAN  :
CHASE & CO., WACHOVIA CORPORATION,      :
WACHOVIA BANK, N.A., WACHOVIA/FIRST     :
UNION BANK, HELENA BUSHROE, JOHN DOE    :
AND JANE ROE,                           :
                            Defendants. :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/5/08

07 Civ. 5928 (DLC)

ORDER

DENISE COTE, District Judge:

The Pretrial Order in this case was due April 18, 2008.
The final pretrial conference was scheduled for May 7, 2008, and
the trial was scheduled to begin May 12, 2008.  When the
Pretrial Order was not submitted, the Court contacted counsel
for the plaintiff.  Counsel submitted a letter dated April 24,
2008 reporting that the parties had agreed to a settlement and
would file a stipulation of discontinuance upon consummation of
the settlement.  By memo endorsement, the Court informed the
parties that if they did not submit the Pretrial Order documents
by May 2, the case would be dismissed for failure to prosecute
unless a stipulation of dismissal was received by that date.  No
Pretrial Order or stipulation of dismissal having been received,
it is hereby

ORDERED that the case is dismissed for failure to

prosecute.

SO ORDERED:

Dated:    New York, New York
          May 5, 2008

_____
DENISE COTE
United States District Judge